**ADAM J. FISHBEIN, P.C.**
ATTORNEY AT LAW

483 Chestnut Street
Cedarhurst, New York 11516

Telephone (516) 791-4400
Telecopier (516) 791-4411

March 6, 2012

**VIA ECF**
The Honorable Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**RE:   Oved v. Capital
         11 CV 3202 (JG) (SMG)**

Dear Magistrate Judge Gold:

I represent the plaintiff in the above referenced matter. The parties settled this matter on February 21, 2012. I have been waiting since then to receive a draft of a settlement agreement which has not been forthcoming. Therefore, plaintiff respectfully requests that the Court schedule a telephone conference so that the matter can be brought to a proper conclusion. I would respectfully request that the Court <u>not</u> schedule the conference on March 7 or March 8, 2012.

Thank you for the Court's consideration of the foregoing.


Yours faithfully,

/s/
Adam J. Fishbein

Cc:   Glenn M. Fjermedal, Esq.